1
2
3
4
5          IN THE UNITED STATES DISTRICT COURT
6          FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8  CHRISTOPHER A. BURNETT,                    No. C 09-00524 SBA (PR)
9          Plaintiff,                         **ORDER OF TRANSFER**
10     v.
11 CALIFORNIA DEPARTMENT OF
   CORRECTIONS AND REHABILITATION
12
          Defendants.
13 _____/
14
15     Plaintiff, a state prisoner, has filed a pro se civil rights action pursuant to 42 U.S.C. § 1983.
16 The acts complained of occurred at California Correctional Institution in Tehachapi, which is
17 located in the Eastern District of California, and it appears that the Defendants reside in that district.
18 Venue, therefore, properly lies in that district and not in this one. See 28 U.S.C. § 1391(b).
       Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is
19 TRANSFERRED to the United States District Court for the Eastern District of California.  The
20 Clerk of the Court shall transfer the case forthwith.
21     IT IS SO ORDERED.
22 DATED: 3/4/09
                                              _____
23                                            SAUNDRA BROWN ARMSTRONG
                                              United States District Judge
24
25
26
27
28

P:\PRO-SE\SBA\CR.09\Burnett0524.Transfer.frm

United States District Court
For the Northern District of California

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>FOR THE<br>NORTHERN DISTRICT OF CALIFORNIA | |
| CHRISTOPHER A. BURNETT,<br><br>    Plaintiff,<br> v.<br>/ et al,<br>    Defendant.       / | Case Number: CV09-00524 SBA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 5, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Christopher A. Burnett T-66363
California Correctional Institution
4A/6C-102 Upper
P.O. Box 1906
Tehachapi, CA 93581

Dated: March 5, 2009

                Richard W. Wieking, Clerk
                By: LISA R CLARK, Deputy Clerk